UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SUSANA CROW**

    Plaintiff,

v.

**SAKS AND COMPANY**

    Defendant.

No. C-**13**-03899 EDL

**ORDER OF CONDITIONAL DISMISSAL**

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case (Docket No. 11), IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before March 14, 2014, for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: December 17, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge